STATE v. SIMPSON

No. 328P90

Case below: 99 N.C.App. 363

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

STATE v. STRICKLAND

No. 290P90

Case below: 98 N.C.App. 693

Motion by Attorney General to dismiss appeal for· lack of substantial constitutional question allowed 29 August 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

STATE v. TREADWELL

No. 400P90

Case below: 99 N.C.App. 769

Petition by defendant for writ of supersedeas and temporary stay denied 24 August 1990.

STATE v. TUGGLE

No. 319A90

Case below: 99 N.C.App. 164

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 29 August 1990.

STATE v. WALSH

No. 187P90

Case below: 98 N.C.App. 156

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.